IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN ALLEN RAINWATER,** | Case No. 2:14-cv-02567 TLN AC |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **AUDREY KING,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time to file and serve Respondent's Answer to the Petition for Writ of Habeas Corpus is extended by thirty (30) days to and including April 24, 2015.

DATED: March 20, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE